UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN ) | |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter my appearance on behalf of Alex Levin.


                          ALEX LEVIN
                          By His Attorneys,

                          CARNEY & ASSOCIATES

                          *J. W. Carney, Jr.*

                          J. W. Carney, Jr.
                          B.B.O. # 074760

                          Carney & Associates
                          20 Park Plaza, Suite 1405
                          Boston, MA 02116
                          ph: 617-933-0350
                          jcarney@CARNEYdefense.com


Dated: September 28, 2015

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*J. W. Carney, Jr.*

J. W. Carney, Jr.

Dated: September 28, 2015