UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIM. NO. 15-cr-10271-WGY |
| ALEX LEVIN | ) ) ) | |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter my appearance on behalf of Alex Levin.

ALEX LEVIN
By His Attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
ph: 617-933-0350
jcarney@CARNEYdefense.com

Dated: September 28, 2015

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ J. W. Carney, Jr.*
                                              J. W. Carney, Jr.

Dated: September 28, 2015