```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIM. NO. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN              ) | |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter my appearance on behalf of Alex Levin.

                                               ALEX LEVIN
                                               By His Attorneys,

                                               CARNEY & ASSOCIATES

                                               */s/ Samir Zaganjori*
                                               Samir Zaganjori
                                               B.B.O. # 663917

                                               Carney & Associates
                                               20 Park Plaza, Suite 1405
                                               Boston, MA 02116
                                               ph: 617-933-0350
                                               szaganjori@CARNEYdefense.com

Dated: September 28, 2015

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                       */s/ Samir Zaganjori*
                                                       Samir Zaganjori

Dated: September 28, 2015