UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIM. NO. 15-cr-10271-WGY |
| ALEX LEVIN | ) | |

**APPEARANCE OF COUNSEL FOR DEFENDANT**


Please enter my appearance on behalf of Alex Levin.


ALEX LEVIN
By His Attorneys,

CARNEY & ASSOCIATES

*Samir Zaganjori*

Samir Zaganjori
B.B.O. # 663917

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
ph: 617-933-0350
szaganjori@CARNEYdefense.com


Dated: September 28, 2015

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*Samir Zaganjori*
Samir Zaganjori

Dated: September 28, 2015