UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-cr-10271-WGY |
| | ) | |
| ALEX LEVIN | ) | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves the Court to allow him to withdraw as counsel for Alex Levin. As grounds for this motion, counsel notes that Attorney Samir Zaganjori has entered his appearance on behalf of the defendant.

        Respectfully submitted,
        ALEX LEVIN
        By his Attorney,

        */s/ Joshua R. Hanye*
        Joshua R. Hanye,
          B.B.O.: 661686
        Assistant Federal Public Defender
        Federal Public Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA  02210
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 29, 2015.

        */s/ Joshua R. Hanye*
        Joshua R. Hanye