UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS

|                            |   |                            |
|----------------------------|---|----------------------------|
| UNITED STATES OF AMERICA   | ) |                            |
|                            | ) |                            |
| V.                         | ) | Crim. No. 15-cr-10271-WGY  |
|                            | ) |                            |
| ALEX LEVIN                 | ) |                            |

### DEFENDANT'S MOTION TO REVIEW DETENTION

The defendant, Alex Levin, requests the Court direct U.S. Pretrial Services to investigate the defendant's proposed release to a third-party custodian. The specific information about this individual will be provided to the Pretrial Services officer. Counsel has been in touch with the person who is willing to act as the custodian. This individual will live in the defendant's home with him.

The defendant's arraignment is tentatively scheduled for October 7, 2015. The defendant requests that Pretrial Services' investigation be completed and the Court consider the proposed release plan prior to October 7, 2015, or, in the alternative, briefly continue the defendant's arraignment until such time that the proposed release plan can be completed and considered by this Court.

WHEREFORE, the defendant requests the Court order Pretrial Services to investigate the proposed third-party custodian.

        ALEX LEVIN
        By his attorneys,

        CARNEY & ASSOCIATES

        */s/ J. W. Carney, Jr.*
        J. W. Carney, Jr.
        B.B.O. # 074760

        */s/ Samir Zaganjori*
        Samir Zaganjori
        B.B.O. # 663917

        20 Park Plaza, Suite 1405
        Boston, MA 02116
        617-933-0350
        jcarney@CARNEYdefense.com

Dated: September 30, 2015

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

        */s/ J. W. Carney, Jr.*
        J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                      )<br>)<br>ALEX LEVIN                        )<br>) | Crim. No. 15-cr-10271-WGY |

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO REVIEW DETENTION**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: September 30, 2015