**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

        V.                            **CRIMINAL NO.  15-cr-10271-WGY**

    **ALEX LEVIN**

**INITIAL SCHEDULING ORDER**

 **YOUNG,D.J.**

The above named defendant(s) having been arraigned on   October 7, 2015  before   Magistrate Judge Marianne B. Bowler  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  11/4/2015 .  See L.R116.1(C).

B. The defendant shall provide automatic discovery by  11/4/2015 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  11/18/2015 .  See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  12/2/2015.  See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  November 18, 2015  at   2:30  p.m. in Courtroom No.  18  on the  5th  floor.

                                                By the Court,

   **October 14, 2015**                                **/s/ Jennifer Gaudet**
**Date**                                                 **Deputy Clerk**