**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

       V.                              **CRIMINAL NO. 15-cr-10271-WGY**

    **ALEX LEVIN**

### INITIAL SCHEDULING ORDER

**YOUNG, D.J.**

The above named defendant(s) having been arraigned on **October 7, 2015** before **Magistrate Judge Marianne B. Bowler**, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.    The government shall provide automatic discovery by **11/4/2015**. See L.R.116.1(C).

B.    The defendant shall provide automatic discovery by **11/4/2015**. See LR 116.1(D).

C.    Any discovery request letters shall be sent and filed by **11/18/2015**. See LR 116.3 (A) and (H).

D.    Any responses to discovery request letters shall be sent and filed by **12/2/2015**. See LR 116.3(A).

E.    An initial status conference in accordance with LR 116.5 will be held on **November 18, 2015** at **2:30** p.m. in Courtroom No. **18** on the **5th** floor.

                                                  By the Court,

**October 14, 2015**                                **/s/ Jennifer Gaudet**
**Date**                                                       **Deputy Clerk**