UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   Crim. No. 15-cr-10271-WGY |
| | ) |
| ALEX LEVIN | ) |
| | ) |

## DEFENDANT'S MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION TO REVIEW DETENTION

The defendant, Alex Levin, moves that the Court direct Pretrial Services to investigate the defendant's proposed release to a third-party custodian, Bertha Levin, the defendant's mother, with whom the defendant would reside. Further information about this individual will be provided to the Pretrial Services officer.

ALEX LEVIN
By his attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

*Samir Zaganjori*

Samir Zaganjori
B.B.O. # 663917

1

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350  tel
617-338-5587  fax
jcarney@CARNEYdefense.com
szaganjori@CARNEYdefense.com

Dated: November 2, 2015

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____ )
                            )
UNITED STATES OF AMERICA    )
                            )
V.                          )     Crim. No. 15-cr-10271-WGY
                            )
ALEX LEVIN                  )
_____ )
```

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION TO REVIEW DETENTION**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

November 2, 2015