UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  **Criminal Action
No: 15-cr-10271-WGY**

**UNITED STATES**
**Plaintiff**

v.

**ALEX LEVIN**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, D.J.**

    **An initial status conference in accordance with LR 116.5 was held on 11/20/2015.**

    **Any substantive motions are to be filed by  2/16/2016.  See LR 116.3(E) and (H).**

    **Response to any motion is to be filed on or before 3/1/2016.  See LR 116.3(l).**

    **A Final Pretrial Conference will be held on 3/7/2016 at 2:00 PM.**

    **A joint memorandum in accordance with LR 116.5(C) is to be filed by 3/7/2016.**

    **A tentative trial date has been set for April 4, 2016.**

    **The time between 9/17/2015 and 4/4/2016 is excluded with the agreement of the defendant in the interest of justice as stated on the record.**

                                                    **By the Court,**

                                                    **/s/ Jennifer Gaudet**
                                                   **Deputy Clerk**

**November 24, 2015**