UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 15-cr-10271-WGY |
| | ) | |
| ALEX LEVIN | ) | |
| | ) | |

**DEFENDANT'S WITHDRAWAL OF PREVIOUS MOTION**

On November 2, 2015, the defendant filed Motion for Release from Custody with Conditions (Dkt. 23). On December 2, 2015, the defendant filed an Amended Motion for Release from Custody with Conditions (Dkt. 29). The defendant hereby withdraws the November 2 motion, and requests a hearing on the amended motion filed December 2, 2015.

ALEX LEVIN
By His Attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Samir Zaganjori*
Samir Zaganjori
B.B.O. #663917

                                      Carney & Associates
                                      20 Park Plaza, Suite 1405
                                      Boston, MA 02116
                                      617-933-0350  tel
                                      617-338-5587  fax
                                      jcarney@CARNEYdefense.com
                                      szaganjori@CARNEYdefense.com

December 3, 2015

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*

J. W. Carney, Jr.