```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN                ) | |

### DEFENDANT'S MOTION FOR PROBATION TO INVESTIGATE THE SUITABILITY OF THE DEFENDANT'S PROPOSED RESIDENCES

The defendant, Alex Levin, moves that the Court direct the Probation Department to investigate the suitability of the defendant's proposed residences if he were to be released from custody. The defendant has proposed two possible locations. One proposal is for him to live at the home of his brother in Stoughton. The defendant has also proposed being released to a home in Brockton owned by a couple who know the defendant's brother well. The defendant would rent a room in this home. Further information about these residences and their occupants will be provided to Probation.

```
                              ALEX LEVIN
                              By his attorneys,

                              CARNEY & ASSOCIATES

                              /s/ J. W. Carney, Jr.
                              J. W. Carney, Jr.
                              B.B.O. # 074760
```

1

*Samir Zaganjori*
Samir Zaganjori
B.B.O. # 663917
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350  tel
617-338-5587  fax
jcarney@CARNEYdefense.com
szaganjori@CARNEYdefense.com

Dated: January 27, 2016

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN ) | |
| ) | |

## AFFIDAVIT SUPPORTING DEFENDANT'S MOTION FOR PROBATION TO INVESTIGATE THE SUITABILITY OF THE DEFENDANT'S PROPOSED RESIDENCES

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

Dated: January 27, 2016