UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 15-10271-WGY |
| ) | |
| ALEX LEVIN, ) | |
| Defendant. ) | |

MOTION FOR DISCOVERY PROTECTIVE ORDER

The United States of America, by and through United States Attorney Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and David G. Tobin, Assistant United States Attorney for said District, file this motion for entry of a Discovery Protective Order.

Defendant Alex Levin was charged by Indictment with POSSESSION OF CHILD PORNOGRAPHY. The investigation of the Defendant involved the Defendant's use of a particular website, referenced herein as "Website A," that was dedicated to child pornography. Discovery materials the government intends to produce pursuant to its discovery obligations under Federal Rule of Criminal Procedure 16 include law enforcement sensitive items related to an ongoing investigation of the users of "Website A." The investigation continues into users of "Website A," which operated for the purpose of advertising and distributing child pornography. Thousands of users of "Website A," in the United States and abroad, remain under active investigation. The dissemination of the government's

investigative materials, including search warrant affidavits, reports of investigation, witness statements, court orders, and seized electronic data, could seriously jeopardize those continuing investigations.

The government requests that the Discovery Protective Order require that the Defendant may not disseminate discovery items to anyone other than counsel and members of the Defendant's litigation and investigative team.

Any materials produced in discovery that are filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

   By: /s/ David G. Tobin
       DAVID G. TOBIN
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David G. Tobin
DAVID G. TOBIN
Assistant United States Attorney

Date: February 1, 2016