UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 15-cr-10271-WGY |
| | ) | |
| ALEX LEVIN | ) | |

**DEFENDANT'S ASSENTED-TO MOTION
FOR BRIEF EXTENSION OF DATE TO FILE MOTION TO SUPPRESS**

The defendant, Alex Levin, moves that the Court extend the filing date for his motion to suppress evidence from February 16 to February 18, 2016.

1. Defense counsel has been diligently researching and preparing the defendant's motion to suppress evidence. The motion is based on complex search warrant issues that are novel to counsel. In addition, counsel are attempting to reduce the current length of the motion and simplify the argument.

2. The defendant submits that the additional time will not harm the interests of justice, but rather promote them.

3. The government has assented to this motion through Assistant United States Attorney David G. Tobin.

WHEREFORE, the defendant moves that the Court extend the filing date for his motion to suppress evidence from February 16 to February 18, 2016.

1

ALEX LEVIN
By his attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Samir Zaganjori*
Samir Zaganjori
B.B.O. # 663917

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

Dated: February 12, 2016

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| V.                        ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN                ) | |

### AFFIDAVIT SUPPORTING
### DEFENDANT'S ASSENTED-TO MOTION
### FOR BRIEF EXTENSION OF DATE TO FILE MOTION TO SUPPRESS

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

Dated: February 12, 2016