```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN               ) | |

### DEFENDANT'S MOTION TO FILE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE UNDER SEAL

The defendant, Alex Levin, moves that he be permitted to file under seal the Defendant's Motion to Suppress Evidence. In support of this motion, the defendant states that the Defendant's Motion to Suppress Evidence references materials throughout which are subject to a protective order stipulated to by the parties and ordered by Hon. William Young (Dkt. # 38, Feb. 1, 2016). The public filing of the Defendant's Motion to Suppress would violate said protective order. As such, the Defendant's Motion to Suppress Evidence must be filed under seal.

ALEX LEVIN
By his attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

*Samir Zaganjori*
Samir Zaganjori
B.B.O. #663917

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

February 18, 2016

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA  )<br>)<br>V.                         )<br>)<br>ALEX LEVIN                 )<br>)  | Crim. No. 15-cr-10271-WGY |

**AFFIDAVIT SUPPORTING DEFENDANT'S MOTION TO FILE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE UNDER SEAL**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

February 18, 2016