UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

|                          |   |                          |
|--------------------------|---|--------------------------|
| UNITED STATES OF AMERICA | ) |                          |
|                          | ) |                          |
| V.                       | ) | Crim. No. 15-cr-10271-WGY |
|                          | ) |                          |
| ALEX LEVIN               | ) |                          |

**DEFENDANT'S MOTION FOR EXPEDITED HEARING BEFORE DISTRICT JUDGE**

The defendant, Alex Levin, moves that this Court grant him an expedited hearing before the District Judge assigned to this matter. As grounds for this request, the defendant states the following:

1. The defendant was arrested on August 12, 2015. He has been held without bail since that time. He is presently under indictment for one count of possession of child pornography in violation of 18 U.S.C. § 2252A(5)(B).

2. On January 27, 2016, the defendant filed a Second Revised Motion for Release with Conditions. (Dkt. 33). On the same day, the defendant also filed a Motion for Probation to Investigate the Suitability of the Defendant's Proposed Residences. (Dkt. 34). The Court allowed the latter motion on February 3, 2016.

3. Counsel for both parties have attempted in good faith to schedule a prompt hearing before the Magistrate Judge. Due to the Court's unavailability and the schedules of the attorneys,

the matter cannot be heard by the Magistrate Judge before March 14, 2016.

4. The defendant is moving that his Second Revised Motion for Release with Conditions be heard by the District Judge. He has no prior criminal record and has been in custody for a lengthy period of time. He has been separated from his young daughter whose tenth birthday is fast approaching. He respectfully asks that this Court grant him a hearing during the week of February 29, 2016, subject to the availability of the Assistant United States Attorney and the Court.

                ALEX LEVIN
                By his attorneys,

                CARNEY & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350  tel
617-338-5587  fax
jcarney@CARNEYdefense.com

Dated: February 25, 2016

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.