UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15-10271-WGY |
| | ) | |
| ALEX LEVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: March 6, 2016            By:    /s/ *Jordi de Llano*
                                      Jordi de Llano
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      One Courthouse Way
                                      Boston, MA 02210
                                      617-748-3100
                                      Jordi.de.Llano.Campos@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: March 6, 2016                    /s/ *Jordi de Llano*
                                       Assistant United States Attorney