UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 15-cr-10271-WGY |
| | ) | |
| Alex Levin | ) | |

**APPEARANCE OF COUNSEL FOR THE DEFENDANT**

Please enter my appearance on behalf of the defendant.


Alex Levin
By His Attorneys

CARNEY & ASSOCIATES


*Nathaniel Dolcort-Silver*

Nathaniel Dolcort-Silver
B.B.O. # 693968

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350  tel
617-338-5587  fax
nsilver@carneydefense.com


April 25, 2016

Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Nathaniel Dolcort-Silver*

Nathaniel Dolcort-Silver