```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | Crim. No. 15-cr-10271-WGY |
| )                          | |
| ALEX LEVIN               ) | |

### DEFENDANT'S MOTION FOR DISTRICT COURT AMENDMENT OF CONDITIONS OF RELEASE

The defendant, Alex Levin, moves pursuant to 18 U.S.C. § 3145(a)(2) that this Court amend the conditions of release entered by Magistrate Judge Bowler on April 26, 2016, by replacing the 24-hour home confinement with an 8:00 p.m. to 7:00 a.m. curfew as set forth in the Defendant's Third Motion for Release with Conditions. (Dkt. 66). The defendant relies on the background and arguments contained in the Third Motion for Release with Conditions (Dkt. 66). As additional grounds therefore, the defendant states the following:

On April 20, 2016, this Court allowed the defendant's motion to suppress evidence. (Dkt. 69). The case against the defendant cannot proceed without the suppressed evidence. The government is currently deciding whether it will appeal the order.

A detention hearing was held on April 26, 2016[1], at which the government assented to the conditions proposed in the Defendant's Third Motion for Release with Conditions.[2] Tr. at 3. Magistrate Judge Bowler imposed a 24-hour home confinement on the defendant, stating that probation did not agree with the proposed and assented-to curfew. (Tr. at 8). The other conditions of release include: report to Pretrial Services as directed; surrender passport to Pretrial Services; remain in Massachusetts, maintain residence, and do not move without prior Pretrial approval; refrain from excessive use of alcohol; refrain from drug use; submit to random drug and alcohol testing; and submit to location monitoring with a GPS ankle bracelet. The defendant is also barred from accessing the pool and playground area in the residence, accessing the internet, and unsupervised contact with children under 18 except his own daughter.

The defendant had been incarcerated since his arrest on August 12, 2015. He has been in full compliance with the 24-hour home confinement, and all other conditions, since his release on April 26, 2016. The defendant wishes to be able to visit with his daughter outside of the confines of his brother's two

---

[1] The transcript of this hearing is appended as Exhibit 1. "(Tr.)" refers to this transcript.
[2] The Defendant's Third Revised Motion for Release with Conditions included a proposed curfew from 8:00 p.m. to 7:00 a.m. (Dkt. 66 at 4).

2

bedroom apartment. He would also like to visit his parents, whom he has not seen since his arrest, and who are too ill to visit the defendant at his brother's apartment.

The 24-hour home confinement imposed on the defendant is unnecessary and unduly restrictive given the circumstances. There is nothing in the defendant's history to suggest that he would pose any danger to the community if permitted to leave his brother's home during the day. His location will be monitored by Pretrial Services, and he will have no unsupervised contact with any minors with the exception of his own daughter. The defendant will abide by all other conditions set forth in the order setting conditions of release. (Dkt. 76).

Wherefore, the defendant moves pursuant to 18 U.S.C. § 3145(a)(2) that this Court amend the conditions of release entered by Magistrate Judge Bowler on April 26, 2016, by replacing the 24-hour home confinement with an 8:00 p.m. to 7:00 a.m. curfew as set forth in the Defendant's Third Motion for Release with Conditions.

### Request for Hearing

The defendant further moves for a hearing before the Court on this motion.

                                    ALEX LEVIN
                                    By His Attorneys,

                                    CARNEY & ASSOCIATES


*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

*Samir Zaganjori*

Samir Zaganjori
B.B.O. # 663917

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com
szaganjori@CARNEYdefense.com

May 10, 2016

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | Crim. No. 15-cr-10271-WGY |
| )                          | |
| ALEX LEVIN               ) | |

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION FOR DISTRICT COURT AMENDMENT**
**OF CONDITIONS OF RELEASE**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

May 10, 2016