UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10271-WGY |
| | ) | |
| ALEX LEVIN, | ) | |
| Defendant. | ) | |

## GOVERNMET'S RESPONSE TO DETENTION APPEAL

The United States of America, by and through undersigned counsel, hereby responds to Defendant's Motion for District Court Amendment of Conditions of Release (Docket Entry 83). The United States opposes Defendant's request to have this Court modify the conditions of his release to allow a curfew in lieu of home incarceration. The United States has no objection to the Court modifying Defendant's conditions of release to allow Defendant, with approval of United States Probation, to obtain employment, attend religious services, and attend medical appointments. United States Probation Officer Christopher Moriarty, who supervises Defendant, informed the undersigned attorney for the United States that he supports such a modification.

Although this Honorable Court has suppressed the evidence in this case, the United States continues to weigh and consider its options with regard to the Court's Suppression Order. Defendant remains charged with a serious criminal offense and nothing about the Court's suppression of evidence changes the fact that child pornography was found on Defendant's computer and that Defendant poses a risk to children if allowed additional unsupervised freedom of movement. As long as this case is being prosecuted, the Court has an obligation to protect society from the potential harm of the defendant. The same factors that made Defendant a threat to children before the Court issued its Suppression Order continue to exist.

For the reasons stated in this memorandum, the United States asks the Court to deny

Defendant's request.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: May 11, 2016                     By:     /s/ *David G. Tobin*
                                               David G. Tobin
                                               Jordi de Llano
                                               Assistant United States Attorneys
                                               United States Attorney's Office
                                               One Courthouse Way
                                               Boston, MA 02210
                                               617-748-3100
                                               David.Tobin@usdoj.gov
                                               Jordi.de.Llano.Campos@usdoj.gov

**CERTIFICATE OF SERVICE**

I, David G. Tobin, hereby certify that the foregoing was filed through the Electronic
Court Filing system and will be sent electronically to the registered participants as identified on
the Notice of Electronic Filing.

Date: May 11, 2016                     /s/ *David G. Tobin*
                                       Assistant United States Attorney

2