UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Alex Levin

District Court Number: 15cr10271-WGY

Fee: Paid? Yes ____ No ____ Government filer _X_ *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes _X_ No ____<br>64 | Sealed documents<br>*If yes, document #* | Yes _X_ No ____<br>5,43,59,64,65 |
| *Ex parte* documents<br>*If yes, document #* | Yes _X_ No ____<br>64,65 | Transcripts<br>*If yes, document #* | Yes _X_ No ____<br>54,72,77,78,80 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#69 Memorandum and Order, #82 Amended Memorandum and Order, #88 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#69, #82, #88, and #89

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 89 filed on May 17, 2016.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 18, 2016.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**