IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 15-10271-WGY |
| ) | |
| ALEX LEVIN, ) | |
| Defendant ) | |

## MOTION TO WITHDRAW

The undersigned attorney for the United States respectfully moves the Honorable Court to allow him to withdraw as attorney for the United States. Assistant United States Attorney Anne Paruti filed an appearance in the case on August 30, 2017. (Docket Entry No. 107) In support of this motion, the undersigned avers that the Office of the United States Attorney has reassigned the case to Assistant United States Attorney Paruti.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

Date: September 19, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          /s/ David G. Tobin
          DAVID G. TOBIN
          Assistant United States Attorney