UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>        v.                                  )         CRIM. NO. 15-cr-10271-WGY<br> )<br>ALEX LEVIN                              )<br> ) | |

**APPEARANCE OF COUNSEL FOR THE DEFENDANT**

Please enter my appearance on behalf of the defendant.

```
                                    Alex Levin
                                    By His Attorneys

                                    CARNEY & ASSOCIATES

                                    /s/ Reyna M. Ramirez

                                    Reyna M. Ramirez
                                    B.B.O. # 698630

                                    20 Park Plaza, Suite 1405
                                    Boston, MA 02116
                                    617-933-0350
                                    rramirez@CARNEYdefense.com
```

May 8, 2018

Certificate of Service

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                    /s/ Reyna M. Ramirez