UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 15-CR-10271-WGY |
| ALEX LEVIN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF THE PARTIES CONCERNING
INTERSTATE OR FOREIGN COMMERCE**

The United States of America and the defendant Alex Levin hereby stipulate and agree that the HP laptop computer lawfully seized from the defendant's residence was manufactured outside of the Commonwealth of Massachusetts and therefore moved through interstate commerce.

Respectfully Submitted,

ANDREW E. LELLING
United States Attorney

By: _____
Anne Paruti
Assistant U.S. Attorney

_____
ALEX LEVIN, Defendant

_____
J.W. Carney, Jr.
Daniel Gaudet
Attorneys for Alex Levin

Date: May 20, 2019