5/30/2019
9:55 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEX LEVIN<br><br>        Defendant | CRIMINAL ACTION<br>No. 15-10271-WGY |

JURY VERDICT

On the charge of knowing possession of child pornography affecting interstate commerce, we find Alex Levin

_____ not guilty

\_\_\_X_____ guilty

Date: 5-30-19

_____
Forelady
Melissa Centrella