UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN ) | |

### DEFENDANT'S MOTION FOR TEMPORARY RELEASE AND TRANSPORT ORDER

The defendant, Alex Levin, moves that this Court grant him temporary release from custody in order to briefly attend his mother's funeral, which is scheduled to take place on June 14, 2019. The defendant requests that he be released in order to pay his respects to his mother at the service, and then be immediately returned to custody. The defendant further moves that the Court order the United States Marshals to transport the defendant to the service. In the alternative, the defendant proposes that the Court allow the defendant's fiancé, Linh Pham, to act as a temporary custodian. As grounds, the defendant states the following:

Mr. Levin was convicted of a single count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)5)(B) following a jury trial on May 30, 2019. Because this offense carries a maximum term of imprisonment of ten years of more, Mr. Levin was subject to the mandatory detention provision of 18 U.S.C. § 3143(a). Mr. Levin is presently incarcerated at the Plymouth County Correctional Facility awaiting sentencing, which is scheduled for September 11, 2019.

*June 13, 2019*
*YOUNG D.J.*
MOTION DENIED. *No suitable custodian capable of transporting the defendant has been named/proposed.*
*William G. Young*
U.S. District Judge