## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:   15-CR-10271-WGY |
| | ) | |
| ALEX LEVIN, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE
### VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the government to file the attached Victim Impact Statements submitted by or on behalf of two identified victims in this case under seal. As reason therefor, the government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victims' privacy interests outweigh the public's interest in free access to the documents. The government has provided a copy of its motion to counsel for the defendant.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ Anne Paruti
Anne Paruti
Assistant United States Attorney

Date: October 9, 2019

## **CERTIFICATE OF SERVICE**

    I, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| Dated: October 9, 2019 | /s/ Anne Paruti<br>Assistant United States Attorney |