UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Crim. No. 15-CR-10271-WGY |
| ALEX LEVIN | ) ) ) | |

**DEFENDANT'S NOTICE OF APPEAL**

The defendant, Alex Levin, appeals the judgment entered by this court on December 03, 2019.

        ALEX LEVIN
        By his attorneys,
        CARNEY & ASSOCIATES

        *J. W. Carney, Jr.*
        J. W. Carney, Jr.
        B.B.O. # 074760

        *Reyna M. Ramirez*
        Reyna M. Ramirez
        B.B.O. # 698630

        20 Park Plaza, Suite 1405
        Boston, MA 02116
        617-933-0350
        JCarney@CARNEYdefense.com

December 18, 2019

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.