# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Alex Levin

District Court Number: 15cr10271-WGY

Fee:   Paid?   Yes ____   No  X***    Government filer ____    *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes  X   No ____
*If yes, document #*   192

Sealed documents   Yes  X   No ____
*If yes, document #*   5,43,59,64,65,181

*Ex parte* documents   Yes  X   No ____
*If yes, document #*   64,65,140,142,175,184

Transcripts   Yes  X   No ____
*If yes, document #*   54,72,77,78,80

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#189 Judgment

Other information:

***Motion for Leave to Appeal In Forma Pauperis Pending, ECF No. 192***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#189 and #191

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 191 filed on December 18, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**